**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 09-140-CG** |
| | : | |
| **JEREMY RAY ROBERTS** | : | |

## ORDER

This cause is before the court on the Motion of Defendant to Produce Defendant for Debriefing (Doc. 52). In this motion, the defendant requests an order of this court directing the U. S. Marshals Service to transport defendant from his place of incarceration to Mobile so that the defendant may be interviewed and debriefed.

Upon consideration of all matters presented, the motion is **GRANTED**. The U.S. Marshal is hereby **ORDERED** to produce defendant in Mobile at a place and time to be determined after all concerned parties have had an opportunity to confer for the purpose of scheduling a time for the interview which takes into account, not only the convenience of the parties, but the logistical and security concerns of the U.S. Marshals Service.

**DONE** and **ORDERED** this 16th day of November, 2009.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE