# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| JEREMY RAY ROBERTS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | CRIMINAL NO. 09-00140-CG-B |
| | ) | CIVIL ACTION NO. 17-0328-CG |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## **ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated October 27, 2017, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 8th day of January, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE