# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JEREMY RAY ROBERTS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 09-00140-CG-B |
| ) | CIVIL ACTION NO. 17-0328-CG |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED** that the Petition under § 2255 is **DISMISSED without prejudice** for failure to prosecute and to obey an order of the Court.

**DONE and ORDERED** this 8th day of January, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE